In the Matter of the Application of FRANCIS McGEE, Appellant, against JOHN W. GOFF, a Justice of the Supreme Court of the State of New York, et al., Respondents.

In the Matter of the Application of JOHN L. LAGARENNE, Appellant, against JOHN W. GOFF, a Justice of the Supreme Court of the State of New York, et al., Respondents.

*Matter of McGee* v. *Goff,* 182 App. Div. ——, appeal dismissed.
*Matter of Lagarenne* v. *Goff,* 182 App. Div. ——, appeal dismissed.
·(Argued February 11, 1918, decided February 12, 1918.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1918, denying an application for the issuance of an alternative writ of prohibition to restrain the defendants from proceeding with the trial of an indictment presented against the petitioner at an extraordinary term of the Supreme Court for New York county, wherein he is charged as a public officer with willfully and unlawfully prostituting and betraying his duty as sergeant of police.

*Florence J. Sullivan* for appellants.

*Edward Swann,* District Attorney (*Robert S. Johnstone* of counsel), for respondents.

Appeals dismissed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.